UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLOBE LIFE AND ACCIDENT
INSURANCE COMPANY,

    Plaintiff,

v.                    CASE NO:  8:09-cv-02580-T-33AEP

DALE SANDERS and TINE CAIN,

    Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Globe Life and Accident Insurance Company's Motion for Determination of Attorneys' Fees and Costs and Notice of Filing Funds (Doc. # 10).

Having considered the motion, and being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED:**

1. Globe Life and Accident Insurance Company's Motion for Determination of Attorneys' Fees and Costs and Notice of Filing Funds (Doc. # 10) is granted.

2. The Clerk of the Court is hereby directed to release funds currently held on deposit as follows: $3,570.00 made payable to Globe Life and Accident Insurance Company and forwarded to Globe Life and Accident Insurance Company care of Mark D. Greenberg, Esq., Carlton Fields, P.A., Miami Tower,

100 S.E. Second Street, Miami, Florida 33131-9101.

3. Globe Life and Accident Insurance Company is dismissed from this action.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 12th day of July, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record